IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| DERRICK MATHIS | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| FRANCINE MATHIS, et al. | : | NO. 14-5089 |

## ORDER

AND NOW, this 11th day of September, 2014, upon consideration of plaintiff's motion for leave to proceed *in forma pauperis* and his complaint, it is ORDERED that:

1. Leave to proceed *in forma pauperis* is GRANTED.

2. The complaint is DISMISSED for the reasons stated in the Court's Memorandum. The dismissal is without prejudice to plaintiff refiling his state law claims in state court.

3. The Clerk of Court shall CLOSE this case.

BY THE COURT:

/s/ Mitchell S. Goldberg
MITCHELL S. GOLDBERG, J.